IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.: 2:07-cv-00714-FtM-29DNF

| | |
|---|---|
| LOURDES CRUZ, PAUL FLAHERTY, JR., and CURTIS SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINGULAR WIRELESS, LLC, a foreign corporation, now known as AT&T MOBILITY LLC,<br><br>Defendant. | CLASS ACTION<br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that LOURDES CRUZ, PAUL FLAHERTY, JR., and CURTIS SMITH, on behalf of themselves and all others similarly situated, all Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order granting Defendant's Amended Motion to Compel Arbitration and Dismiss Pursuant to the Federal Arbitration Act [Doc. 60] entered in this action on the 15th day of September, 2008 and the Judgment entered on the 17th day of September, 2008 dismissing the Amended Complaint [Doc. 61].

By:    /s/ Scott Wm Weinstein
Scott Wm Weinstein, Esquire
Florida Bar No. 563080
Morgan & Morgan, P.A.
Post Office Box 9504
Fort Myers, FL 33906
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of Court this 13th day of October, 2008, by using the CM/ECF system which will send notice of electronic filing to all parties of record at the email addresses on file with the Clerk of Court. The original Notice of Appeal with sufficient copies for all parties and a check for the filing fee will be filed when the Court reopens on October 14, 2008.

By: /S/ Scott Wm. Weinstein
Scott Wm. Weinstein
Fla. Bar No.: 563080
Morgan & Morgan, P.A.
P. O. Box 9504
Ft. Myers, FL  33906-9504
Telephone:  (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com